UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARIO ZUTEL and IRINA ORECHKINA,

               Plaintiffs,                                       **JUDGMENT**
                                                              12-CV-3656 (RRM) (VMS)

   - against -

WELLS FARGO BANK, N.A., and U.S.
BANK, NATIONAL ASSOCIATION, as
Trustee for Banc of America Funding
Corporation Mortgage Pass-Through
Certificates, Series 2006-G,

               Defendants.
------------------------------------------------------------X

      An Order of the undersigned having been filed this day, granting defendants' motion to dismiss the complaint, it is

      **ORDERED, ADJUDGED AND DECREED** that plaintiffs take nothing of defendants and the complaint is hereby dismissed. The Court of Court is directed to close this case.

                                                         SO ORDERED.

                                                         *Roslynn R. Mauskopf*

Dated: Brooklyn, New York
         September 22, 2014                   _____
                                                        ROSLYNN R. MAUSKOPF
                                                        United States District Judge